JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MANUEL DE LA CRUZ,

Plaintiff,

v.

HOME DEPOT U.S.A., INC. et al.,

Defendants.

Case No. 2:26-cv-05631-SB-DSR

ORDER OF DISMISSAL

The parties filed a notice of settlement on July 13, 2026. This action is therefore dismissed in its entirety without prejudice. For 30 days from the date of this order, the Court retains jurisdiction to vacate this order and to reopen the action nunc pro tunc on motion of any party. By operation of this order and without further court action, the dismissal in this case will convert to a dismissal with prejudice on the 31st day, absent a timely motion to vacate and reopen. If the case is reopened, the parties should be prepared for an expedited trial schedule.

The Court expects the parties to finalize their settlement or else move to reopen the case for prosecution within the next 30 days as ordered above. *Should the parties file any document that contains a request to extend the deadline for purposes of completing the settlement, counsel for both parties shall submit* ***at least seven days before the deadline*** *a declaration with a detailed timeline of all the efforts made to complete the settlement, and the parties shall be prepared to appear in court with a client representative to explain why the settlement could not be completed in the time allowed.*

The dismissal of this case does not deprive the Court of jurisdiction over the outstanding order to show cause (OSC) re sanctions. *See Cooter & Gell v. Hartmarx Corp.*, 496 U.S. 384, 395–36 (1990) (sanctions are collateral issue over which district court retains jurisdiction even after voluntary dismissal). The parties need not file a joint Rule 26(f) report, but their declarations in response to the OSC remain due July 21, 2026. The Court will determine whether to vacate the July 31

OSC hearing after reviewing the declarations. Absent further order, the parties shall appear on July 31, 2026 at 8:30 a.m. in Courtroom 6C.

Date: July 14, 2026

Stanley Blumenfeld, Jr.
United States District Judge